UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SOCIETY INSURANCE COMPANY
COVID-19 BUSINESS INTERRUPTION
PROTECTION INSURANCE LITIGATION

| | | |
|---|---|---|
| Highland Management Group, LLC v. Society Insurance, et al., S.D. Illinois, C.A. No. 3:21-00172 | ) ) | MDL No. 2964 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Highland*) on February 23, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Highland* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Highland* was remanded to the Circuit Court for the Third Judicial Circuit, Madison, Illinois, by the Honorable David W. Dugan in an order filed on April 2, 2021.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-4" filed on February 23, 2021, is VACATED.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel